**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **GREENES' ENERGY GROUP, LLC** | : | **CIVIL ACTION** |
| | : | |
| **VERSUS** | : | **NO.:_______________** |
| | : | |
| **MONTCO OILFIELD CONTRACTORS, LLC** | : | **SECTION:__________** |
| | : | |

**COMPLAINT**

NOW INTO COURT, comes Complainant, **GREENE'S ENERGY GROUP, L.L.C.**, who files this Complaint against **MONTCO OILFIELD CONTRACTORS, L.L.C.**, and with respect, represents:

**PARTIES AND JURISDICTION**

**I.**

Parties named herein are as follows:

1. Named Complainant and Plaintiff herein is **GREENE'S ENERGY GROUP, L.L.C. ("GEG")**, a Texas limited liability company authorized to do and doing business in the State of Louisiana.
2. Named Respondent and Defendant herein is **MONTCO OILFIELD CONTRACTORS, L.L.C. ("Montco")**, a Louisiana limited liability company within the jurisdiction of this court.

**II.**

Jurisdiction of this Honorable Court is based on diversity of citizenship pursuant to 28 U.S.C. § 1332 because this action involves an amount in controversy of over $75,000.00 and this

action is brought against a Louisiana Limited Liability Company by a Texas Limited Liability Company. Venue is proper in accordance with 28 U.S.C. § 1391(b)(1).

**FACTS.**

**III.**

Montco is justly and truly indebted unto Plaintiff in the full and legal sum of **THREE HUNDRED TWENTY FIVE THOUSAND SEVEN HUNDRED NINETY ONE AND 73/100 ($325,791.73) DOLLARS**, with legal interest thereon from date of judicial demand, until paid, and twenty-five percent (25%) thereon on the aggregate sum of principal and interest as attorney's fees, together with all costs of this suit, for the reasons hereinafter set forth.

**IV.**

GEG contracted with Montco to provide testing services, valves, valve accessories, other equipment and labor for the operation of various offshore oil well platforms on an open account basis.

**V.**

From June of 2016 through March of 2017, GEG performed said services and provided equipment and supplies in accordance with the agreement with Montco

**VI.**

GEG invoiced Montco a total of $325,791.73, in accordance with their agreement, for the products, materials, and services suppled to Montco, but Montco has failed to pay the amounts owed.

**VII.**

The amounts owed, the services performed, and the equipment and supplies provided are detailed and evidenced by the following:

1. The Statement for Montco's Account with GEG from June 20, 2016, to January 31, 2017, and the accompanying invoices, totaling $320,385.73, which is attached hereto and made part hereof as Exhibit "A".
2. GEG Invoice #140010751 for February 1, 2017, to February 28, 2017, totaling $2,548.00, which is attached hereto and made part hereof as Exhibit "B".
3. GEG Invoice #140010791 for March 1, 2017, to March 20, 2017, totaling $2,858.00,which is attached hereto and made part hereof as Exhibit "C".

**VIII.**

GEG mailed Montco written demand for payment on February 2, 2017, in accordance with Chapter 56 of the Texas Property Code and Chapter 38 of the Texas Civil Practices and Remedies Code. A copy of said written demand for payment is attached hereto and made part hereof as Exhibit "D".

**IX.**

GEG mailed Montco a second written demand for payment in accordance with LSA-R.S. 9:2781 on March 6, 2017, and Montco again failed to respond to said demand letter which is attached hereto and made part hereof as Exhibit "E".

**X.**

That due to Montco's failure to respond to the demand letters, GEG is entitled to reasonable attorney's fees in the amount of 25% of the open account balance.

**XI.**

That the said account is subject to no credits or offsets.

**WHEREFORE**, premises considered, Plaintiff prays that the said Respondent be duly cited and served with a copy of this Complaint and that, after the lapse of all legal delays and due

proceedings had, there be judgment herein in favor of Complainant, **GREENE'S ENERGY GROUP, L.L.C.**, and against the Respondent, **MONTCO OILFIELD CONTRACTORS, L.L.C.**, in the full and legal sum of **THREE HUNDRED TWENTY FIVE THOUSAND SEVEN HUNDRED NINETY ONE AND 73/100 ($325,791.73) DOLLARS**, with legal interest thereon from date of judicial demand, until paid, and twenty-five percent (25%) thereon on the aggregate sum of principal and interest as attorney's fees, together with all costs of this suit.

**PRAYS FURTHER** for all orders and decrees necessary in the premises; for full, general and equitable relief.

By Its Attorneys,

STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK, L.L.P.

By: s/H. ALAN McCALL
H. ALAN McCALL, BAR #14191
STEPHEN D. POLITO, BAR #32683
Post Office Box 2900
Lake Charles, LA 70602-2900
(337) 436-9491

April 12, 2017